[No. 63872-6-I.   Division One.   November 9, 2009.]

HOOD CANAL COALITION ET AL., *Appellants*, v. JEFFERSON COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-2-00382-1, Anna M. Laurie, J. Pro Tem., entered October 30, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 63875-1-I.   Division One.   November 9, 2009.]

GLORIA HOLCOMB, *Appellant*, v. TAREE COMMUNITY ASSOCIATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-02512-3, Leonard W. Costello, J., entered August 19, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 37591-5-II.   Division Two.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY JEROME IRISH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02193-2, Kitty-Ann van Doorninck, J., entered April 4, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 37691-1-II.   Division Two.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LARNARD LASHELL PINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03625-5, Thomas Felnagle, J., entered April 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.